**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 11, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00273-CV

### IN RE CONNIE V. HARRISON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

## MEMORANDUM OPINION

On March 27, 2015, relator Connie V. Harrison filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Alicia Franklin York, presiding judge of the 311th District Court of Harris County, to enter judgment based upon a mediated settlement agreement between relator and her ex-husband.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.